**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VERNON L. EALY, JR.,** | : | **CIVIL NO. 3:13-CV-2781** |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| v. | : | |
| | : | |
| **WARDEN DANIEL S. KEEN,** *et al.*, | : | |
| | : | |
| **Defendants** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## **ORDER**

**AND NOW**, to wit, this 31st day of March 2015, upon consideration of defendants' motion for summary judgment (Doc. 16), and in accordance with the foregoing memorandum, is hereby ORDERED that:

1. Defendants' motion for summary judgment (Doc. 16) is GRANTED and the Clerk of Court is directed to ENTER judgment in favor of defendants and against plaintiff.

2. The Clerk of Court is directed to CLOSE this case.

3. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

                                                 **BY THE COURT:**

                                                 **s/James M. Munley**
                                                 **JUDGE JAMES M. MUNLEY**
                                                 **United States District Court**